UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LEJUAN CARTER, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:05-CV-2346 CAS |
| ) | |
| UNITED STATES OF AMERICAN, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

This matter is before the Court on a letter dated February 4, 2009, from the movant, Lejuan Carter. In this letter, the movant discusses, among other things, his testimony at the evidentiary hearing that took place in this Court on February 3, 2009.

Mr. Carter was appointed counsel in this case, and as such, he should communicate with the Court only through appointed counsel. "There is no constitutional or statutory right to simultaneously proceed pro se and with benefit of counsel." United States v. Agofsky, 20 F.3d 866, 872 (8th Cir.), cert. denied, 513 U.S. 909 (1994).

The letter movant sent the Court has been served upon his attorney by means of the electronic filing system, and appointed counsel should consider whether there is a need to address any issues contained therein. This is, however, a matter that should be discussed between movant and his appointed attorney, and not with the Court.

Accordingly,

**IT IS HEREBY ORDERED** that the Court will take no action on the letter received from the movant.

**IT IS FURTHER ORDERED** that in the future, movant shall communicate with the Court only through appointed counsel.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  18th  day of February, 2009.